UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2020
SEPTEMBER 28, 2021 SESSION



**UNITED STATES OF AMERICA**

v.   CRIMINAL NO. 2:21-cr-0093
       21 U.S.C. § 841(a)(1)

**ROBERT LEE MORRIS**

**I N D I C T M E N T**

The Grand Jury Charges:

**COUNT ONE**
**(Distribution of Methamphetamine)**

On or about February 8, 2021, at or near Parkersburg, Wood County, West Virginia, and within the Southern District of West Virginia, defendant ROBERT LEE MORRIS knowingly and intentionally distributed 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO
### (Possession with Intent to Distribute Methamphetamine)

On or about August 28, 2021, at or near Mineral Wells, Wood County, West Virginia, and within the Southern District of West Virginia, defendant ROBERT LEE MORRIS knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

LISA G. JOHNSTON
Acting United States Attorney

By: _____
JOSHUA C. HANKS
Assistant United States Attorney