IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF VIRGINIA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:21-CR-00193 |
| | ) | |
| ROBERT LEE MORRIS | ) | |

**NOTICE OF PROPOSED LIVING SITUATION**

During the arraignment and detention hearing held on October 7, 2021, this Court requested more information from Mr. Morris regarding his possible living situations should he be granted pretrial release. Undersigned counsel was also instructed to coordinate with United States Probation to schedule home visits and evaluations of the possible residences. Unfortunately, despite repeated calls to United States Probation Officer Heather Edwards, the evaluations have not been completed. Mr. Morris respectfully shares with the Court his two possible living situations as follows:

1.  Mr. Morris would be able to reside with Kelsey Webster sy 315 North 7th Street, Marietta, Ohio 45750; which is just across the border from Wood County, West Virginia. Ms. Webster is the mother of Mr. Morris' two children and Mr. Morris could reside in the home with Ms. Webster and their two minor children. Ms. Webster has installed a landline telephone in preparation for Mr. Morris' move and is prepared for Probation's home visit and to make

1

adjustments should Probation recommend adjustments for Mr. Morris to move in.

2.	Alternatively, Mr. Morris would be able to reside with his parents, Richard and Janice Morris, at 45 North Meadowlark Drive, Williamstown, West Virginia 26187. Mr. and Mrs. Morris have installed a landline at their home in preparation for Mr. Morris's move-in, the telephone number is +1 (681) 661-0406. Mr. and Mrs. Morris are prepared for Probation to conduct a home evaluation and make adjustments as necessary so that their son may be permitted to reside with them.

Mr. Morris therefore respectfully requests that this Court review the possible arrangements and either order US Probation to conduct further investigation or make its decision regarding pretrial release accordingly.

Date: October 21, 2021

Respectfully submitted,

***s/Katryna Lyn Spearman, Esq.***
Katryna Lyn Spearman, Esq.
Ga. Bar 616038
kspearman@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3325
Atlanta, Georgia 30305
O 404.496.4052
www.lowtherwalker.com

Attorney for Robert Lee Morris

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:21-CR-00193 |
| | ) | |
| ROBERT LEE MORRIS | ) | |

**CERTIFICATE OF SERVICE**

I certify that on October 21, 2021 I electronically filed the foregoing NOTICE OF PROPOSED LIVING SITUATION with the Clerk of the United States District Court for the Southern District of West Virginia by way of CM/ECF which will automatically serve this document on the attorneys of record for the parties in this case by way of electronic mail.

Date: October 21, 2021

*s/Katryna Lyn Spearman, Esq.*
Katryna Lyn Spearman, Esq.
Ga. Bar 616038
kspearman@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3325
Atlanta, Georgia 30305
O 404.496.4052
www.lowtherwalker.com