```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:21-00193

ROBERT LEE MORRIS

## MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of defendant to continue the trial and associated deadlines. (ECF No. 45). In support of defendant's motion and the need for a continuance, counsel states that she needs additional time to receive a signed plea agreement back from the defendant. Trial is currently scheduled to begin on March 21, 2022. Defendant requests a continuance of thirty (30) days. The government does not oppose defendant's request for a continuance.

Based upon the representation of counsel, she expects to have a signed plea agreement in hand by March 24, 2022. Therefore, a brief continuance is merited because the plea agreement will not be received until after the current trial date and a plea hearing cannot be scheduled on or before that date. However, there is no need for a 30-day continuance.

Accordingly, the court hereby **ORDERS** as follows:

1. Trial of this action is continued until April 6, 2022, at 9:30 a.m., in Charleston. Jury instructions and proposed voir dire are to be filed by March 30, 2022;

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 15th day of March, 2022.

ENTER:

David A. Faber
Senior United States District Judge