```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**UNITED STATES OF AMERICA**

**v.**                                             CRIMINAL NO. 2:21-00193-01

**ROBERT LEE MORRIS**

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion for an extension of time, until January 27, 2025, to file a memorandum regarding defendant's eligibility for a reduced sentence. See ECF No. 71. For good cause shown, that motion is **GRANTED.**

The Clerk is **DIRECTED** to send a copy of this Memorandum Opinion and Order to counsel of record, the Federal Public Defender, and the United States Probation Office.

**IT IS SO ORDERED** this 27th day of January, 2025.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge